NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1593

TEVA PHARMACEUTICALS USA, INC.,
through its GATE PHARMACEUTICALS division,

Plaintiff-Appellant,

v.

EISAI CO., LTD. and EISAI MEDICAL RESEARCH, INC.,

Defendants-Appellees.

Appeal from the United States District Court for the District of New Jersey in case no. 08-CV-2344, Chief Judge Garrett E. Brown, Jr.

ON MOTION

ORDER

Upon consideration of the motion for an extension of time, until February 9, 2010, for the appellees to file their brief, and an extension of time, until March 2, 2010, for the appellant to file its reply brief,

IT IS ORDERED THAT:

The motions are granted.

FOR THE COURT

JAN 0 4 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Francis C. Lynch, Esq.
Bruce M. Wexler, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 0 4 2010

JAN HORBALY
CLERK